# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

JOHN E. PEET; CECILY WILLIAMS; IDELLA PATRICK; DEMETRIUS DAY; JOSETH HARROP; EVA HOLTS; EMMA MORRISON; AND CORNELL WATETS,

      Plaintiffs,

v.

DEXTER SIDNEY, MINN HUD DIRECTOR; LENDINE DARDEN; SUE MORFIT, NEW ORLEANS COURT APT; MARK JONES, MANAGER NEW ORLEANS COURT APT. LLC; MARK Z. JONES, HIGHLAND MANAGEMENT GR INC; LYNNETTE CHAMBERS, CITY OF RICHFIELD HRA LEASED HOUSING SPECIALIST; DEBBIE GOETTEL, MAYOR OF RICHFIELD MN NOW COMMISSIONER HENNEPIN COUNTY MN; AND MICHELLE LUNA,

      Defendants.

Case No. 17-cv-1870 (DWF/TNL)

**REPORT & RECOMMENDATION**

      This matter is before the Court for review of Plaintiffs' *pro se* complaint and an application for leave to proceed *in forma pauperis* ("IFP") signed by Plaintiff John Peet. ECF Nos. 1, 2.

      In an Order dated August 28, 2017, this Court ordered Plaintiffs to, among other things, file IFP applications for each Plaintiff and file an amended complaint. *See* ECF No. 8. Plaintiffs were given 20 days to comply with the Court's Order, failing which it would be recommended that the case be dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

On September 19, 2017, Plaintiff Peet requested an extension of time.  ECF No. 9.  The Court granted Plaintiffs an extension of time until November 1, 2017.  ECF No. 10.

The deadline has now passed, and none of Plaintiffs has filed anything in this case since the extension of time was granted.[1]  This Court therefore recommends, in accordance with its prior Orders, that this action be dismissed without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute.  *See Henderson v. Renaissance Grand Hotel*, 267 Fed. App'x 496, 497 (8th Cir. 2008) (per curiam) ("A district court has discretion to dismiss an action under Rule 41(b) for a plaintiff's failure to prosecute, or to comply with the Federal Rules of Civil Procedure or any court order.").

### RECOMMENDATION

Based upon the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

Date: November  9 , 2017         *s/ Tony N. Leung*
                                                    Tony N. Leung
                                                    United States Magistrate Judge

### NOTICE

Filing Objections:  This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation.  A party may respond to those objections within 14 days after being served a copy of the objections.  LR 72.2(b)(2).  All objections and responses must comply with the word or line limits set forth in LR 72.2(c).

---

[1] The Court notes that the September 28, 2017 Order granting the extension of time was returned by the Post Office as undeliverable with respect to Plaintiff Peet without a forwarding address.  ECF No. 11.  The Order had been sent to the same address Plaintiff Peet listed in his extension request.

2