UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John E. Peet, Cecily Williams,  
Idella Patrick, Joseth Harrop,  
Demetrius Day, Eva Holts,  
Emma Morrison, and Cornell Watets,

       Plaintiffs,

v.

Sidney Dexeter, Minn HUD Director;  
Lendine Darden; Sue Morfit;  
Mark Jones, Manager, Highland  
Management Group New Orleans Court Apt.;  
Mark Z. Jones, Highland Management gr Inc.;  
Mark Jones, Highland Management gr Inc.;  
Lynette Chambers, City of Richfield HRA  
Leased Housing Specialist; Debbie Goettel,  
x Mayor of Richfield now Commissioner  
Hennepin County, MN; and Michelle Luna,  
City of Richfield HRA (Sec 8 CD Tec),

       Defendants.

Civil No. 17-1870 (DWF/TNL)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

       The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated November 9, 2017. (Doc. No. 12.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

# ORDER

1. Magistrate Judge Tony N. Leung's November 9, 2017 Report and Recommendation (Doc. No. [12]) is **ADOPTED**.

2. This action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  December 14, 2017        s/Donovan W. Frank
                                DONOVAN W. FRANK
                                United States District Judge