UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

John E. Peet,                                    Case No. 17-cv-1870 (DWF/TNL)

        Plaintiff,

v.                                               **ORDER**

Michele K. Smith,
*Acting Director MN Hud Dept*,

Lendine Darden International,

Sue Morfit,
*New Orleans Court Apt*,

Mark Jones,
*New Orleans Court Apt*,

Mark Z. Jones,
*Highland Management Group Inc.*,

Michelle Luna,
*Housing Specialist HRA*, and

Debbie Goettel,
*Mayor of Richfield MN Now Commissioner
Hennepin County*,

        Defendants.

---

Presently, Defendants Debbie Goettel, Michelle Luna, Sue Morfitt, and "Mark Jones" (collectively, "Defendants") have filed motions to dismiss (ECF Nos. 33, 37), which are scheduled to be heard on September 26, 2018. (ECF No. 49.)

On September 10, 2018, pro se Plaintiff John E. Peet filed a motion for summary judgment. (ECF No. 52.) Also on September 10, Plaintiff filed a request for an extension of the September 26 hearing date. (ECF No. 55.) Defendants Sue Morfitt and "Mark Jones" oppose the requested extension.

In light of Plaintiff's pro se status, the efficiencies to be gained by hearing these three motions together, and the Court's discretion in managing its docket, the Court will grant Plaintiff's motion. *See, e.g.*, *Dietz v. Bouldin*, 136 S. Ct. 1885, 1892, 195 (2016) ("[D]istrict courts have the inherent authority to manage their dockets and courtrooms with a view toward the efficient and expedient resolution of cases."); *Zerger & Mauer LLP v. City of Greenwood*, 751 F.3d 928, 931 (8th Cir. 2014) ("[A]ll courts have inherent authority to 'manage their own affairs so as to achieve the orderly and expeditious disposition of cases.'" (quoting *Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991)).

**THEREFORE, IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Request for Extension of Time for Court Hearing Motion (ECF No. 55) is **GRANTED**.

2. The Court shall hear Defendants' motions to dismiss (ECF Nos. 33, 37) and Plaintiff's motion for summary judgment (ECF No. 52) on **November 1, 2018, at 1:00 p.m. in Courtroom 9W of the U.S. Courthouse, 300 South Fourth Street, MINNEAPOLIS, MN 55415.**

Dated: September __13__ , 2018            *s/ Tony N. Leung*
                                          TONY N. LEUNG
                                          United States Magistrate Judge


                                          *Peet v. Smith et al.*
                                          Case No. 17-cv-1870 (DWF/TNL)