UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| John E. Peet, | File No. 17-cv-1870 (ECT/TNL) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Sue Morfit, et al., | |
| Defendants. | |

---

The Court has received the January 21, 2020 Report and Recommendation of United States Magistrate Judge Tony N. Leung. ECF No. 203. No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 203] is **ACCEPTED**;

2. Plaintiff's Motion for Default for Failure to Comply with a Judge Order with Local Rule Civ. P. 26(a)(1)(A) and Rule 36 Admission Sue Morfit and Mark Jones [ECF No. 155] is **DENIED**.

Dated: February 11, 2020

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court